UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PALETI ANIKESI VENIALE,<br><br>                Plaintiff,<br>   v.<br><br>SAMUEL STEINER,<br><br>                Defendant. | CASE NO. 2:24-CV-1623-JHC-DWC<br><br>ORDER DENYING LEAVE TO AMEND |

Currently pending before the Court is Plaintiff Paleti Anikesi Veniale's Motion to Amend and a separately filed proposed amended complaint. Dkts. 18, 20.

In the Motion to Amend, Plaintiff seeks leave to amend his Complaint, but he did not attach a proposed amended complaint. *See* Dkt. 18. Instead, Plaintiff appears to provide two pages of information he would like included in his Complaint. *See id*. Under Local Civil Rule ("LCR") 15, a party seeking leave to amend a pleading must "attach a copy of the proposed amended pleading as an exhibit to the motion[.]" The party must also "indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or highlighting the text to be added." While the

Court provides *pro se* prisoners leniency with filings, Plaintiff must show why leave to amend should be granted and must provide a copy of a complete proposed amended complaint. The proposed amended complaint must contain all grounds for relief Plaintiff seeks to pursue in this action. As Plaintiff has not complied with LCR 15, the Motion to Amend (Dkt. 18) is denied.

Approximately two weeks after filing the Motion to Amend, Plaintiff filed a proposed amended complaint. Dkt. 20. In the proposed amended complaint, Plaintiff names two new defendants: Kent Police Department and Aaron Rainkin. Dkt. 20. Plaintiff's proposed amended complaint also fails to comply with LCR 15. Plaintiff does not seek leave to amend his Complaint and he does not show why leave to amend should be granted. Therefore, the proposed amended complaint will not be treated as the operative complaint in this case.

If Plaintiff wishes to seek leave to amend, Plaintiff should file a motion to amend with a proposed amended complaint attached to the motion. If the motion to amend is granted, the proposed amended complaint will act as a complete substitute for the Complaint and must clearly identify each intended Defendant, the constitutional claim(s) asserted against each Defendant, the specific facts which Plaintiff believes support each claim, and the specific relief requested.

In conclusion, Plaintiff's Motion to Amend (Dkt. 18) is denied and Plaintiff's proposed amended complaint will not be considered by the Court. To ensure the docket is clear, the Clerk's Office is directed to strike Plaintiff's proposed amended complaint (Dkt. 20) from the docket. The Clerk is also directed to send Plaintiff a blank §1983 complaint form.

Dated this 24th day of March, 2025.

David W. Christel
United States Magistrate Judge