UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PALETI ANIKESI VENIALE,

            Plaintiff,

v.

SAMUEL STEINER, et al.,

            Defendants.

CASE NO. 2:24-CV-1623-JHC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed de novo the Report and Recommendation of Magistrate Judge David W. Christel, Dkt. # 69, and the remaining record, does hereby find and ORDER:

(1) No timely objection to the Report and Recommendation has been filed. The Court adopts the Report and Recommendation.

(2) Defendants' Motion for Summary Judgment (Dkt. 54) is granted-in-part and denied-in-part as follows: the Kent Police Department and Plaintiff's First, Second, and Eighth Amendment claims are dismissed; Plaintiff's Fourth Amendment excessive force and negligence claims against Defendants Steiner and Rankin are stayed.

(3) The parties are directed to notify the Court when Plaintiff's pending state criminal matters resolved.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 1st day of December, 2025.

                                                  JOHN H. CHUN
                                                  United States District Judge