UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PALETI ANIKESI VENIALE,

Plaintiff,

v.

SAMUEL STEINER,

Defendant.

CASE NO. 2:24-cv-01623-JHC

ORDER

This matter comes before the Court on Plaintiff's Third Motion to Appoint Counsel. Dkt. 73. The Honorable David W. Christel denied Plaintiff's prior two motions to appoint counsel. *See* Dkts. 14, 19, 30, & 33. Plaintiff's new motion states that he has "made it [past] summary judgment" and that appointment of counsel "would help [him] out a lot[,]" but it does not identify any exceptional circumstances, new arguments, or other reason to appoint counsel. *See generally* Dkt. 73. Accordingly, Plaintiff's motion is DENIED for the same reasons set forth in the Court's Orders at Dkts. 19 & 33.

Dated this 19th day of November, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge